PORRATA, RECURRENTE, *v.* EL REGISTRADOR DE HUMACAO,
RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Humacao denegando la inscripción de una escritura de venta judicial.

No. 355.—Resuelto en abril 15, 1918.

RECURSO GUBERNATIVO—DESESTIMACIÓN DEL RECURSO—INTERPOSICIÓN FUERA DE TÉRMINO.—Habiéndose interpuesto el recurso fuera del término de veinte días estatuído por la ley para recurrir de la nota del registrador, ésta quedó consentida por el transcurso del tiempo y no cabe considerar y decidir el recurso en sus términos.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Francisco González.*

El registrador interino recurrido, Sr. Rafael López Antongiorgi, compareció en nombre propio.

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Es el presente un recurso gubernativo contra nota del Registrador de la Propiedad de Humacao de 26 de febrero último, denegatoria de la inscripción de una escritura de compraventa de bienes raíces.

El registrador de Humacao al contestar el alegato de la parte recurrente, solicita que se desestime el recurso por haberse interpuesto fuera del término estatuído por la ley.

El documento no inscrito fué devuelto al recurrente en 1°. de marzo del corriente año y presentado en la secretaría de esta Corte Suprema con alegato escrito en 23 del mismo mes.

La sección 3ª. de la ley sobre recursos contra las resoluciones de los registradores de la propiedad, aprobada en marzo 1°., 1902, dice así:

"Sección 3ª.—Si el interesado recogiere el documento podrá presentarlo al tribunal dentro de los veinte días siguientes a la notifica-

ción de la negativa que debió hacerle el registrador, y se decidirá el recurso según dice la sección 2ª. de esta Ley.

El documento como hemos dicho fué devuelto al interesado Francisco Porrata en 1°. de marzo y desde esa fecha a la del día 23 del mismo mes, en que fué presentado al tribunal, transcurrieron más de los veinte días que señala el precepto que dejamos transcrito.

La nota de que se trata quedó consentida por el transcurso del tiempo que la ley señala para recurrirla y por tanto no cabe considerar y decidir el recurso en sus méritos. *Hernández* v. *El Registrador de la Propiedad,* 14 D. P. R. 795, y *Barreras* v. *El Registrador de la Propiedad,* 15 D. P. R. 556.

Procede desestimar el recurso.

*Desestimado el recurso.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.